M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2021 SEP 15  A 10: 30

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Cyrus DaLe Stewart
Full name and prison name of
Plaintiff(s)

3:21-CV-617-WHA-SRW

v.

Sheriff Mr. Andre Brunson
Admins Mr. Wayne Ellis
Macon County Sheriffs
Department & Employees
City of Tuskegee

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. _____
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☒

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐  NO ☒

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff(s) _____

   Defendant(s) _____

2. Court (if federal court, name the district; if state court, name the county)

   _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Macon County Detention Facility 246 Co. Rd. 10 Tuskegee AL 36083

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Macon County Jail (M.C.D.F.) 246 Co. RD. 10 Tuskegee, Alabama 36083

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS
1. Sheriff Mr. Andre Brunson | Unknown (or) 246 Co. Rd 10 Tuskegee AL 36083
2. Administrator Mr. Wayne Ellis | Unknown "same"
3. Macon County Sheriff's Department & Employees
4. 246 Co. Rd 10 Tuskegee, Alabama 36083
5. City of Tuskegee
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED (Last week of) June of 2021 and presently incarcerated Sept. 8, 2021

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Housed in a facility without a Medical staff. No Nurse on call in (over) Also Exposed to Type III Tubercolosis by another Inmate who was already incarcerated from the time I arrived at Macon Co. Jail The ending week of June 2021 until Aug. 12, 2021 when he was removed from D-4 of D-Block. Two other Inmates were placed in D-Block After returning from court and being housed in the booking area with Mr. Michael Clark Jr. He was transferred to a hospital or either Barbour Co. Jail on 7-31-2021 (Inmates Signature #4,5 on next Page)

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

which in reality No Medical Staff exist at all. Which is threatening ones life in case of fights, infections, spider insect bites, Mental Health issues etc. (Time) from the beginning of Incarceration until present time 9-8-2021 (Place) Macon Co. Jail

GROUND TWO: Exposed to Mold in cells and showers also rust and corrosion on doors walls and closets, and A/C vents.

SUPPORTING FACTS: Every Inmate housed in D-block wether they choose to or choose not to sign this document. The Testimony of Myself Cyrus Stewart and other Inmates who have signed their Signature or filed a separate Lawsuit

GROUND THREE: Exposed to Raw Sewage from Loose drain pipes in closet of Cell block D-4 Due to worn or broken plumbing that needs repairs.

SUPPORTING FACTS: Needs help from the Health Department to send a field Officer to Investigate this Matter My Testimony and Allegations. Also the Allegations and Testimonies of other Inmates who share a cell in D-Block and other cells in this Facility. A, B, C, D, E Blocks

Persons Involved
1. Cyrus Stewart   Cyrus R. Stewart
2. Marcus Ringold   Marcus Ringold
3.
4.
5.

Additional for Ground One
(on Page Two)

V. Also Exposed to Type III Tuberculosis by another Inmate who was already Incarcerated from the time I arrived at the Macon Co. Jail. The ending week of June 2021 until Aug. 12, 2021 when he was removed from D-4 of D-Block. Two Other Inmates were placed in D-block After returning from court and being housed in the booking area with Mr. Micheal Clark Jr. He was transferred to a Hospital or either Barbour Co. Jail on June 31, 2021. Inmate Signatures Number four and five

Names and Signatures of Persons Involved

1. Cyrus Stewart     Cyrus R. Stewart
2. MARCUS RINGOLD   Marcus Ringold
3. Jalen Stafford   Jalen S...
4. Robert Copeland  Robert Copeland
5. Marquis Graves

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA
2021 SEP 15 A 10:31
RECEIVED

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Compensate Me for Pain & Suffering Also Endangering my Life by Not having any Medical Staff Employed or on call. Cruel and Unusal Punishment. Poor Meal Portions Not Enough Calories Be Held Responsible for any Doctors or Psychiologist visT Mental Health Issues.

*Cyrus D. Stewart*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9-8-2021
(Date)

*Cyrus D. Stewart*
Signature of plaintiff(s)

Cyrus Stewart
Macon Co. Detention
246 Co. Rd. 10
Tuskegee, AL 36083



MONTGOMERY AL 36
14 SEP 2021 PM 3

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ONE CHURCH STREET SUITE B-110
MONTGOMERY, AL 36104-4018

36104-401801